ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| BNN | ) ASBCA No. 62897 |
| | ) |
| Under Contract No. HTC711-14-D-W018 | ) |

APPEARANCES FOR THE APPELLANT:    Michael D. Maloney, Esq.
  Williams Mullen
  Tysons Corner, VA

                                                      Todd W. Miller, Esq.
  Miller & Miller
  Denver, CO

                                                      Enayat Qasimi, Esq.
  Whiteford, Taylor & Preston LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Caryl A. Potter, III, Esq.
  Air Force Deputy Chief Trial Attorney
  Maj Ashley Ruhe, USAF
  Trial Attorney

ORDER OF DISMISSAL

Per the August 28, 2023 request of the parties, the appeal is dismissed with prejudice.

Dated:  August 29, 2023

_____
BRIAN S. SMITH
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62897, Appeal of BNN, rendered in conformance with the Board's Charter.

Dated:  August 29, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals